U.S. DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN-NY COUNTY

NANCY JONES AND ROBERT GIBBS

Plaintiff

vs

SUNGLASS HUT TRADING, LLC

Defendant

N
COURT DATE & TIME: AT
INDEX #: 1:16-CV-08630-LAP
DATE FILED: 11/09/2016
Job #: 458383
Client File#

MICHAEL B PALILLO
277 BROADWAY STE 501
NEW YORK, NY 10007

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, Robert Piaskowy, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on 11/28/2016 at 1:50 PM at 111 EIGHTH AVE, NEW YORK, NY 10011, deponent served the within CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION & COMPLAINT, SDNY ECF RULES AND INSTRUCTIONS, JUDGE PRESKA'S RULES AND JUDGE MOSES' RULES

by personally delivering to and leaving with SATTIE JAIRAM for SUNGLASS HUT TRADING. LLC C/O CT CORPORATION SYSTEM, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: Brown, **Approx Hair**: Black

Deponent previously attempted to serve the above named individual on



Sworn to before me on 11/29/2016
MAUREEN SCAROLA #01SC6127636
Notary Public State of NEW YORK
NASSAU County, Commission Expires 05/31/17

Robert Piaskowy
1298947

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373