

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
JONES, et al.,

        Plaintiffs,              16 Civ. 8630 (LAP)

  -against-                      Order

SUNGLASS HUT TRADING, LLC,

        Defendant.
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    On April 24, 2017, the Court heard oral argument on Defendant's motion to dismiss. (ECF No. 21). For the reasons stated on the record in the minutes of that proceeding, Defendants' motion is:

    1. Granted with respect to Count One.

    2. Granted with respect to Count Two.

    3. Granted with respect to Count Three.

    Accordingly, Count Four (false imprisonment) remains a part of this case. As the Court stated at the conclusion of oral argument, Plaintiffs may submit a draft Second Amended Complaint to Defendant. The Defendant may then inform the Court via letter of any perceived deficiencies, to which Plaintiffs may respond, and to which Defendant may reply.

Defendant shall file a responsive pleading to Count Four within 14 days of the date of entry of this Order. FED. RULE. CIV. PROC. 12(a)(4)(A).

SO ORDERED.

Dated:   New York, New York
         April 26, 2017

_____
LORETTA A. PRESKA
Senior United States District Judge