**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



NANCY JONES and ROBERT GIBBS,

    Plaintiffs,

v.

SUNGLASS HUT TRADING, LLC,

    Defendant.

Case No.: 16-cv-08630

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate that any and all claims brought by the Plaintiffs against Sunglass Hut Trading, LLC. in the above captioned matter be dismissed with prejudice and without costs, and all rights of appeal be waived.

DATED: October 19, 2017

By: /s/ Michael Coviello
Michael Coviello
The Law Offices of
Fausto E. Zapata Jr., P.C.
277 Broadway, Suite 206
New York, NY 10007
*Counsel for Plaintiffs*

By: /s/ Joseph Lipari
Joseph Lipari
The Sultzer Law Group, P.C
14 Wall Street, 20th Floor
New York, NY 10005
*Counsel for Defendant*

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

11/3/17

/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

1